**EXHIBIT A**

**<u>Index of Matters Being Filed</u>**

Exhibit A       Index of Matters Being Filed

Exhibit B       All Process, Pleadings, and Orders

Exhibit C       Docket Sheet

Exhibit D       List of All Counsel

Exhibit E       Defendants' Notice of Removal in a Civil Action