**EXHIBIT C**

**Docket Sheet**

COUNTY COURT AT LAW NO. 5
# DOCKET SHEET
## CASE NO. CC-11-06571-E

| | | |
|---|---|---|
| DALLAS COUNTY, TEXAS<br>vs.<br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., STEWART TITLE GUARANTY COMPANY, et al | § § § § | Location: County Court at Law No. 5<br>Judicial Officer: GREENBERG, MARK<br>Filed on: 09/20/2011 |

---

### CASE INFORMATION

Case Type: **OTHER CONTRACT - SUITS ON DEBT**
Subtype: **DEBT/DAMAGES**

---

### DATE  CASE ASSIGNMENT

**Current Case Assignment**
Case Number       CC-11-06571-E
Court             County Court at Law No. 5
Date Assigned     09/20/2011
Judicial Officer  GREENBERG, MARK

---

### PARTY INFORMATION

**PLAINTIFF**   DALLAS COUNTY, TEXAS

*Lead Attorneys*
**WATKINS, CRAIG**
*Retained*
214-428-7799(W)
2535 M L K DRIVE
DALLAS, TX 75215

**DEFENDANT**   ASPIRE FINANCIAL, INC.
   *DOING BUSINESS AS* TEXASLENDING.COM
   KEVIN C. MILLER
   PRESIDENT, ASPIRE FINANCIAL, INC
   4100 ALPHA ROAD, SUITE 400
   DALLAS, TX 75244

   BANK OF AMERICA, NATIONAL ASSOCIATION
   C/O ITS REGISTERED AGENT
   CT CORPORATION SYSTEM
   350 N. ST PAUL ST., SUITE 2900
   DALLAS, TX 75201-4234

   MERSCORP, INC.
   SERVE THROUGH THE TEXAS SECRETARY OF STATE
   CITATION UNIT
   P.O. BOX 12079
   AUSTIN, TX 78711

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
   BILL BECKMANN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC
   1818 LIBRARY ST. SUITE 300
   RESTON, VA 20190

   STEWART TITLE COMPANY
   C/O ITS REGISTERED AGENT
   CT CORPORATION SYSTEM
   350 N. ST. PAUL ST., SUITE 2900
   DALLAS, TX 75201-4234

   STEWART TITLE GUARANTY COMPANY
   MALCOLM S. MORRIS, CHAIRMAN AND CHIEF EXECUTIVE OFFICER
   STEWART TITLE GUARANTY COMPANY

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

# COUNTY COURT AT LAW NO. 5
# DOCKET SHEET
## CASE NO. CC-11-06571-E

1980 POST OAK BOULEVARD, SUITE 800
HOUSTON, TX 77252-2029

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/20/2011 | ORIGINAL PETITION (OCA - NEW CASE FILED) | |
| 09/20/2011 | ISSUE CITATION<br>*ATTY PU BOX* | |
| 09/20/2011 | JURY TRIAL DEMAND | |
| 09/20/2011 | BAILIFF DEMAND | |
| 09/21/2011 | **CITATION (SERVICE)**<br>MERSCORP<br>Served: 09/26/2011<br>BECKMANN, BILL<br>Served: 09/26/2011<br>MORRIS, MALCOM S<br>Served: 09/26/2011<br>STEWART TITLE COMPANY<br>Unserved<br>BANK OF AMERICA, NATIONAL ASSOCIATION<br>Served: 09/26/2011<br>MILLER, KEVIN C<br>Served: 09/24/2011 | |
| 09/30/2011 | AMENDED PETITION<br>Party: PLAINTIFF DALLAS COUNTY, TEXAS<br>*1ST* | |
| 09/30/2011 | ISSUE CITATION<br>*PLACED IN ATTY PU BOX* | |
| 09/30/2011 | **CITATION (SERVICE)**<br>MERSCORP, INC.<br>Unserved<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Unserved<br>STEWART TITLE GUARANTY COMPANY<br>Unserved<br>STEWART TITLE COMPANY<br>Unserved<br>BANK OF AMERICA, NATIONAL ASSOCIATION<br>Unserved<br>ASPIRE FINANCIAL, INC.<br>Unserved<br>*1ST AMENDED PETITION* | |
| 01/30/2012 | **DISMISSAL HEARING** (9:00 AM) (Judicial Officer: GREENBERG, MARK) | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **PLAINTIFF** DALLAS COUNTY, TEXAS<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 10/10/2011** | 327.00<br>327.00<br>0.00 |