**EXHIBIT D**

**List of All Counsel**

DB1/ 68311634.1

**COUNSEL FOR PLAINTIFF DALLAS COUNTY, TEXAS:**

Stephen F. Malouf
SBN 12888100
Jonathan Nockels
SBN 24056047
Sarah Shulkin
SBN 24057720
Malouf & Nockels LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214.969.7373 Telephone
214.969.7648 Facsimile

Craig Watkins
SBN 00791886
Gordon R. Hikel
Chief, Civil Division
SBN 00787696
Dallas County District Attorney
Frank Crowly Courts Building
133 N. Industrial Blvd., LB19
Dallas, Texas 75207
214.653.3600 Telephone
214.653.5774 Facsimile

Lisa Blue
SBN 02510500
Baron & Blue
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214.969.7373 Telephone
214.969.7648 Facsimile

Barbara Radnofsky
SBN 16457000303
303 Timber Terrace Rd.
Houston, Texas 77024
713.858.8509 Telephone

Mark Wells White
SBN 21318000
72 East Broad Oaks
Houston, Texas 77056
713.906.6848 Telephone

Terri Moore
SBN 14377780
The Law Offices of Terri Moore
1407 Texas St., Suite 102
Ft. Worth, Texas 76102
817.877.4700 Telephone

Michael Louis Kaeske
Kaeske Law Firm
SBN 00794061
Kaeske Law Firm
1301 W. 25th Street, Suite 406
Austin, Texas 78705
512.366.7300 Telephone
512.366.7767 Facsimile

**COUNSEL FOR DEFENDANTS MERSCORP, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.:**

David J. Levy
dlevy@morganlewis.com
SBN 12264850
Shannon A. Lang
slang@morganlewis.com
SBN 24070103
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

Paulo McKeeby
paulo.mckeeby@morganlewis.com
State Bar No. 00784571
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
214.466.4000 Telephone
214.466.4001 Facsimile

**COUNSEL FOR DEFENDANT STEWART TITLE GUARANTY COMPANY:**

John A. Koepke
jkoepke@jw.com
State Bar No. 11653200
Scott M. McElhaney

    smcelhaney@jw.com
    State Bar No. 00784555
    JACKSON WALKER L.L.P.
    901 Main Street, Suite 6000
    Dallas, Texas 75202
    214.953.6000 Telephone
    214.953.5822 Facsimile

**COUNSEL FOR DEFENDANT STEWART TITLE COMPANY:**

    G. Michael Gruber
    State Bar No. 08555400
    Gruber, Hurst, Johansen, Hail & Shank LLP
    1445 Ross Avenue, Ste. 2500
    Dallas, Texas 75202
    214.855.6801 Telephone
    214.855.6808 Facsimile

**COUNSEL FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION:**

    Rodney Acker
    SBN 00830700
    racker@fulbright.com
    Theodore W. Daniel
    SBN 05362400
    tdaniel@fulbright.com
    James V. Leito IV
    SBN 24054950
    jleito@fulbright.com
    FULBRIGHT & JAWORSKI L.L.P.
    2200 Ross Avenue, Suite 2800
    Dallas, TX 75201-2784
    214.855.8000 Telephone
    214.855.8200 Facsimile

**COUNSEL FOR ASPIRE FINANCIAL, INC. d/b/a TEXASLENDING.COM**

    Stephen C. Schoettmer
    SBN 17800400
    Steve.Schoettmer@tklaw.com
    Thompson & Knight LLP
    1722 Routh Street, Suite 1500
    Dallas, TX 75201-2533
    214-969-1228 Telephone
    214-880-3231 Facsimile