**EXHIBIT E**

**DEFENDANTS' NOTICE OF REMOVAL IN A CIVIL ACTION**

CAUSE NO. CC-11-06571-E

| | | |
|---|---|---|
| DALLAS COUNTY, TEXAS, | § § § | IN COUNTY COURT AT LAW |
| Plaintiff, | § § | |
| v. | § § | |
| MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; STEWART TITLE GUARANTY COMPANY; STEWART TITLE COMPANY; BANK OF AMERICA, NATIONAL ASSOCIATION; and ASPIRE FINANCIAL, INC. D/B/A TEXASLENDING.COM, | § § § § § § § § § § § | NO. 5 |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## NOTICE OF REMOVAL

Please take notice that on October 14, 2011, Defendants MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc., and Stewart Title Guaranty Company (collectively the "Removing Parties") filed their Notice of Removal removing the above-entitled action from the County Court at Law No. 5, Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division. True copies of The Removing Parties' Notice of Removal and all related documents are attached hereto as Exhibit 1 and incorporated herein by reference.

The Removing Parties respectfully prays that this Court proceed no further in this action, unless and until such time as the action is remanded by order of the United States District Court.

Signed on October 14, 2011.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

_____

David J. Levy
State Bar No. 12264850
dlevy@morganlewis.com
Shannon A. Lang
State Bar No. 24070103
slang@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

Robert M. Brochin (*pro hac vice* pending)
rbrochin@morganlewis.com
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131
305.415.3000 Telephone
305.415.3001 Facsimile

Paulo McKeeby
State Bar No. 00784571
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
214.466.4000 Telephone
214.466.4001 Facsimile

*Attorneys for Defendants MERSCORP, Inc., and Mortgage Electronic Registration Systems, Inc.*

*John Koepke (Signed with permission by DJL)*
John A. Koepke
jkoepke@jw.com
State Bar No. 11653200
Scott M. McElhaney
smcelhaney@jw.com
State Bar No. 00784555
JACKSON WALKER LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
214.953.6000 Telephone
214.953.5822 Facsimile

*Attorneys for Defendant Stewart Title Guaranty Company*

## CERTIFICATE OF SERVICE

I certify that on October 14, 2011, a true and correct copy of the foregoing document was served on all counsel for all parties via certified mail, return receipt requested:

Stephen F. Malouf
Jonathan Nockels
Sarah Shulkin
Malouf & Nockels LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219

Craig Watkins
Gordon R. Hikel
Dallas County District Attorney
Frank Crowly Courts Building
133 N. Industrial Blvd., LB19
Dallas, Texas 75207

Lisa Blue
Baron & Blue
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219

*Counsel for Plaintiff Dallas County, Texas*

Barbara Radnofsky
303 Timber Terrace Rd.
Houston, Texas 77024

Mark White
72 E. Broad Oaks
Houston, Texas 77056

Terri Moore
The Law Offices of Terri Moore
1407 Texas St., Suite 102
Ft. Worth, Texas 76102

Mike Kaeske
Kaeske Law Firm
1301 W. 25th Street, Suite 406
Austin, Texas 78705

G. Michael Gruber
Gruber, Hurst, Johansen, Hail & Shank LLP
1445 Ross Avenue, Ste. 2500
Dallas, Texas 75202

*Counsel for Defendant Stewart Title Company*

Rodney Acker
Theodore W. Daniel
James V. Leito IV
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Ste. 2800
Dallas, TX 75201

*Counsel for Defendant Bank of America, National Association*

Stephen Schoettmer
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

*Counsel for Aspire Financial, Inc.*

_____
David J. Levy