≋JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Dallas County, Texas

**(b)** County of Residence of First Listed Plaintiff  Dallas County, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
(see attachment)

## DEFENDANTS
MERSCORP, Inc.; Mortgage Electronic Registration Systems, Inc.; Stewart Title Guaranty Company; Stewart Title Company; Bank of America, National Association; & Aspire Financial, Inc.

County of Residence of First Listed Defendant  Fairfax County, VA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
(see attachment)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. Section 1446
Brief description of cause:
Statutory and tort action regarding Dallas County real property recording statute.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 75,001.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED: (See instructions)
JUDGE Judge James A. Teilborg   DOCKET NUMBER 2:09-md-02119 JAT D. Ariz.

DATE 10/14/2011   SIGNATURE OF ATTORNEY OF RECORD  /s/ David J. Levy

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

**LIST OF ALL COUNSEL**

**COUNSEL FOR PLAINTIFF DALLAS COUNTY, TEXAS:**

Stephen F. Malouf
SBN 12888100
Jonathan Nockels
SBN 24056047
Sarah Shulkin
SBN 24057720
Malouf & Nockels LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214.969.7373 Telephone
214.969.7648 Facsimile

Craig Watkins
SBN 00791886
Gordon R. Hikel
Chief, Civil Division
SBN 00787696
Dallas County District Attorney
Frank Crowly Courts Building
133 N. Industrial Blvd., LB19
Dallas, Texas 75207
214.653.3600 Telephone
214.653.5774 Facsimile

Lisa Blue
SBN 02510500
Baron & Blue
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214.969.7373 Telephone
214.969.7648 Facsimile

Barbara Radnofsky
SBN 16457000303
303 Timber Terrace Rd.
Houston, Texas 77024
713.858.8509 Telephone

Mark Wells White
SBN 21318000
72 East Broad Oaks
Houston, Texas 77056
713.906.6848 Telephone

    Terri Moore
    SBN 14377780
    The Law Offices of Terri Moore
    1407 Texas St., Suite 102
    Ft. Worth, Texas 76102
    817.877.4700 Telephone

    Michael Louis Kaeske
    Kaeske Law Firm
    SBN 00794061
    Kaeske Law Firm
    1301 W. 25th Street, Suite 406
    Austin, Texas 78705
    512.366.7300 Telephone
    512.366.7767 Facsimile

**COUNSEL FOR DEFENDANTS MERSCORP, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.:**

    David J. Levy
    dlevy@morganlewis.com
    SBN 12264850
    Shannon A. Lang
    slang@morganlewis.com
    SBN 24070103
    Morgan, Lewis & Bockius LLP
    1000 Louisiana Street, Suite 4000
    Houston, Texas 77002
    713.890.5000 Telephone
    713.890.5001 Facsimile

    Paulo McKeeby
    paulo.mckeeby@morganlewis.com
    State Bar No. 00784571
    1717 Main Street, Suite 3200
    Dallas, Texas 75201-7347
    214.466.4000 Telephone
    214.466.4001 Facsimile

**COUNSEL FOR DEFENDANT STEWART TITLE GUARANTY COMPANY:**

    John A. Koepke
    jkoepke@jw.com
    State Bar No. 11653200
    Scott M. McElhaney
    smcelhaney@jw.com
    State Bar No. 00784555

    JACKSON WALKER L.L.P.
    901 Main Street, Suite 6000
    Dallas, Texas  75202
    214.953.6000 Telephone
    214.953.5822 Facsimile

**COUNSEL FOR DEFENDANT STEWART TITLE COMPANY:**

    G. Michael Gruber
    State Bar No. 08555400
    Gruber, Hurst, Johansen, Hail & Shank LLP
    1445 Ross Avenue, Ste. 2500
    Dallas, Texas 75202
    214.855.6801 Telephone
    214.855.6808 Facsimile

**COUNSEL FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION:**

    Rodney Acker
    SBN 00830700
    racker@fulbright.com
    Theodore W. Daniel
    SBN 05362400
    tdaniel@fulbright.com
    James V. Leito IV
    SBN 24054950
    jleito@fulbright.com
    FULBRIGHT & JAWORSKI L.L.P.
    2200 Ross Avenue, Suite 2800
    Dallas, TX  75201-2784
    214.855.8000 Telephone
    214.855.8200 Facsimile

**COUNSEL FOR ASPIRE FINANCIAL, INC. d/b/a TEXASLENDING.COM**

    Stephen C. Schoettmer
    SBN 17800400
    Steve.Schoettmer@tklaw.com
    Thompson & Knight LLP
    1722 Routh Street, Suite 1500
    Dallas, TX 75201-2533
    214-969-1228 Telephone
    214-880-3231 Facsimile