# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | In the County Court at Law No. 5 Dallas County, Texas | DC-11-06571-E |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | (see attached) | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?  ☒ Yes    ☐ No

   If "*Yes*," by which party and on what date?

   | Plaintiff | 09/20/2011 |
   |---|---|
   | Party | Date |

**Supplemental Civil Cover Sheet**
**Page 2**

4.  **Answer:**

    Was an Answer made in State Court?         9 Yes         9 No

    If "*Yes*," by which party and on what date?

    _____        _____
    Party                                                                                  Date

5.  **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | **Party** | **Reason(s) for No Service** |
    |---|---|
    | (NONE) | |

6.  **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    | **Party** | **Reason** |
    |---|---|
    | (NONE) | |

7.  **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | **Party** | **Claim(s)** |
    |---|---|
    | Plaintiff | Violation of Section 12.002 of Texas Civil Practice and Remedies Code; Unjust Enrichment; Negligent Misrepresentation; Grossly Negligent Misrepresentation; Negligent Undertaking; Grossly Negligent Undertaking; Fraudulent Misrepresentation; Conspiracy |

**LIST OF ALL COUNSEL**

**COUNSEL FOR PLAINTIFF DALLAS COUNTY, TEXAS:**

Stephen F. Malouf
SBN 12888100
Jonathan Nockels
SBN 24056047
Sarah Shulkin
SBN 24057720
Malouf & Nockels LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214.969.7373 Telephone
214.969.7648 Facsimile

Craig Watkins
SBN 00791886
Gordon R. Hikel
Chief, Civil Division
SBN 00787696
Dallas County District Attorney
Frank Crowly Courts Building
133 N. Industrial Blvd., LB19
Dallas, Texas 75207
214.653.3600 Telephone
214.653.5774 Facsimile

Lisa Blue
SBN 02510500
Baron & Blue
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214.969.7373 Telephone
214.969.7648 Facsimile

Barbara Radnofsky
SBN 16457000303
303 Timber Terrace Rd.
Houston, Texas 77024
713.858.8509 Telephone

Mark Wells White
SBN 21318000
72 East Broad Oaks
Houston, Texas 77056
713.906.6848 Telephone

Terri Moore
SBN 14377780
The Law Offices of Terri Moore
1407 Texas St., Suite 102
Ft. Worth, Texas 76102
817.877.4700 Telephone

Michael Louis Kaeske
Kaeske Law Firm
SBN 00794061
Kaeske Law Firm
1301 W. 25th Street, Suite 406
Austin, Texas 78705
512.366.7300 Telephone
512.366.7767 Facsimile

**COUNSEL FOR DEFENDANTS MERSCORP, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.:**

David J. Levy
dlevy@morganlewis.com
SBN 12264850
Shannon A. Lang
slang@morganlewis.com
SBN 24070103
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

Paulo McKeeby
paulo.mckeeby@morganlewis.com
State Bar No. 00784571
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
214.466.4000 Telephone
214.466.4001 Facsimile

**COUNSEL FOR DEFENDANT STEWART TITLE GUARANTY COMPANY:**

John A. Koepke
jkoepke@jw.com
State Bar No. 11653200
Scott M. McElhaney
smcelhaney@jw.com
State Bar No. 00784555

>JACKSON WALKER L.L.P.
>901 Main Street, Suite 6000
>Dallas, Texas  75202
>214.953.6000 Telephone
>214.953.5822 Facsimile

**COUNSEL FOR DEFENDANT STEWART TITLE COMPANY:**

>G. Michael Gruber
>State Bar No. 08555400
>Gruber, Hurst, Johansen, Hail & Shank LLP
>1445 Ross Avenue, Ste. 2500
>Dallas, Texas 75202
>214.855.6801 Telephone
>214.855.6808 Facsimile

**COUNSEL FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION:**

>Rodney Acker
>SBN 00830700
>racker@fulbright.com
>Theodore W. Daniel
>SBN 05362400
>tdaniel@fulbright.com
>James V. Leito IV
>SBN 24054950
>jleito@fulbright.com
>FULBRIGHT & JAWORSKI L.L.P.
>2200 Ross Avenue, Suite 2800
>Dallas, TX  75201-2784
>214.855.8000 Telephone
>214.855.8200 Facsimile

**COUNSEL FOR ASPIRE FINANCIAL, INC. d/b/a TEXASLENDING.COM**

>Stephen C. Schoettmer
>SBN 17800400
>Steve.Schoettmer@tklaw.com
>Thompson & Knight LLP
>1722 Routh Street, Suite 1500
>Dallas, TX 75201-2533
>214-969-1228 Telephone
>214-880-3231 Facsimile