# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **DALLAS COUNTY, TEXAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:11-cv-2733-O |
| | § | |
| **MERSCORP, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

Before the Court are the parties' Agreed Motion to Extend Time to Respond to Lawsuit and Suspend Deadlines Pending Court Decision on Plaintiff's Motion to Remand (ECF No. 4) and Agreed Motion to Enlarge Time to Respond to Plaintiffs' Complaint and Suspend Other Deadlines (ECF No. 15).  Having reviewed the motions, the Court finds that the Agreed Motion to Extend Time to Respond to Lawsuit and Suspend Deadlines Pending Court Decision on Plaintiff's Motion to Remand (ECF No. 4) should be and is hereby **DENIED**.  The Court further finds that the Agreed Motion to Enlarge Time to Respond to Plaintiffs' Complaint and Suspend Other Deadlines (ECF No. 15) should be and is hereby **GRANTED.**

Accordingly, it is **ORDERED** that Defendants' deadline to respond to Plaintiff's complaint is extended to the earlier of January 20, 2012, or thirty days after the decision of the Judicial Panel on Multidistrict Litigation ("JPML") on the Motion to Transfer filed by Defendants MERSCORP, Inc. and Mortgage Electronic Registration System, Inc.  All other deadlines in this case are suspended for the same period.  The parties are further **ORDERED** to file a joint status report notifying this Court when and how the JPML resolves the Motion to Transfer.

Until the parties notify the Court that this case should be placed on a scheduling order, there is no need for it to remain active on the Court's docket.  Therefore, the Clerk is instructed to administratively close this case.

**SO ORDERED** on this **28th day** of **November, 2011.**


_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**