# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **MERSCORP, INC.,** *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 3:11-CV-02733-O |

## NOTICE OF APPEAL

Notice is hereby given that Brazoria County and Harris County, Texas ("Plaintiffs") in the above named cause, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 4th day of March, 2014.

Respectfully submitted,

| COUNSEL FOR PLAINTIFFS BRAZORIA COUNTY, TEXAS AND HARRIS COUNTY, TEXAS ||
|---|---|
| *[signature: Steve Malouf]*<br>MALOUF & NOCKELS LLP<br>Stephen F. Malouf<br>SBN 12888100<br>Jeremy Martin<br>SBN 24033611Jonathan Nockels<br>SBN 24056047<br>Sarah Shulkin<br>SBN 24057720<br>3811 Turtle Creek Blvd., Suite 800<br>Dallas, Texas 75219<br>214-969-7373 (Telephone)<br>214-969-7648 (Facsimile) | BARON & BLUE<br>Lisa Blue<br>SBN 02510500<br>3811 Turtle Creek Blvd., Suite 800<br>Dallas, Texas 75219<br>214-969-7373 (Telephone)<br>214-969-7648 (Facsimile) |
| HILL & HILL, P.C.<br>J. Marcus Hill<br>SBN 09638150<br>1770 St. James, Ste. 115<br>Houston, Texas 77056<br>713-688-6318 (Telephone)<br>713-688-2817 (Facsimile) | FLEMING & ASSOCIATES, P.C.<br>Michael P. Fleming<br>SBN 07130600<br>440 Louisiana, Suite 1920<br>Houston, Texas 77002<br>713-221-6800 (Telephone)<br>713-221-6806 (Facsimile) |
| THE LAW OFFFICE OF BRENT M. ROSENTHAL, PC<br>One Lincoln Center<br>5400 LBJ Freeway, Suite 1260<br>Dallas, Texas 75240<br>214-871-6602 (Telephone)<br>214-871-6640 (Facsimile) | KAESKE LAW FIRM<br>Mike Kaeske<br>SBN 00794061<br>1301 W. 25th St., Suite 406<br>Austin, TX 78705<br>512-366-7300 (Telephone)<br>512-366-7767 (Facsimile) |

| | |
|---|---|
| THE LAW OFFICES OF TERRI MOORE<br>Terri Moore<br>SBN 14377780<br>1407 Texas St., Suite 102<br>Ft Worth, Texas 76102<br>817-877-4700 (Telephone) | Barbara Radnofsky<br>SBN 16457000<br>303 Timber Terrace Rd.<br>Houston Texas 77024<br>713- 858-8509 (Telephone) |
| Mark White<br>SBN 21318000<br>72 E. Briar Oaks Dr.<br>Houston, Texas 77056<br>713-906-6848 (Telephone) | |
| **COUNSEL FOR PLAINTIFF BRAZORIA COUNTY, TEXAS ONLY** ||
| BRAZORIA COUNTY DISTRICT ATTORNEY'S OFFICE, CIVIL DIVISION<br>Jim Wiginton<br>Chief, Civil Division<br>SBN 2143500<br>Raethella Jones<br>SBN 75007981<br>111 E. Locust, Suite 513-A<br>Angleton, Texas 77515<br>979-864-1233 (Telephone)<br>979-864-1712 (Facsimile) | |
| **COUNSEL FOR PLAINTIFF HARRIS COUNTY, TEXAS ONLY** ||
| HARRIS COUNTY ATTORNEY OFFICE<br>Vince Ryan<br>SBN 17489500<br>Terry O'Rourke<br>First Assistant County Attorney<br>SBN 15311000<br>John Odam<br>Managing Attorney, Protective Services Practice Group<br>SBM 15192000<br>1019 Congress, 15th Floor<br>Houston, TX 77002<br>713-755-8283 (Telephone)<br>713-755-1553 (Facsimile) | |

## CERTIFICATE OF SERVICE

     The undersigned does hereby certify that on April 3, 2014, I electronically transmitted the foregoing document to the clerk of the court and all counsel of record using the ECF system for filing and service in accordance with the Court's ECF order.

_____
Stephen F. Malouf