IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-10392

D.C. Docket No. 3:11-CV-2733

United States Court of Appeals
Fifth Circuit
**FILED**
June 26, 2015
Lyle W. Cayce
Clerk

HARRIS COUNTY TEXAS; BRAZORIA COUNTY TEXAS, on behalf of themselves and all other similarly situated counties in Texas; DALLAS COUNTY, TEXAS,

    Plaintiffs - Appellants

v.

MERSCORP INCORPORATED; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED; BANK OF AMERICA NATIONAL ASSOCIATION,

    Defendants - Appellees

Appeals from the United States District Court for the
Northern District of Texas, Dallas

Before DENNIS, PRADO, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Jul 20, 2015**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit